UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Shelton                                                                          Civil Action No.10-CV-1149

versus                                                                            Judge Tucker L. Melançon

Franklin Collection Services Inc., et al                         Magistrate Judge C. Michael Hill

**JUDGMENT OF DISMISSAL**

Before the Court is a joint Notice of Settlement stating that the parties in this matter have reached an amicable resolution, it is

**ORDERED** that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.  It is

**FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under <u>Kokkonen v. Guardian Life</u>, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**THUS DONE AND SIGNED** on this 29th day of September, 2010 in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE